# The Law Offices of Steven E. Lynch
125 Maiden Lane, Suite 5C
New York, NY 10038
Telephone: (212) 498-9494
Fax: (212) 498-9320
steven@stevenelynch.com

January 12, 2024

**BY ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> REQUEST GRANTED AS TO GRAMOS MUHAXHERI and VINCENS VUKTILAJ. The Sentencing hearing previously set for February 1, 2024 is RESCHEDULED to February 26, 2024 at 11:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/16/2024   SO ORDERED.
> [signature]
> LEWIS J. LIMAN
> United States District Judge

Re:  *United States v. Gramos Muhaxheri*, 23 Cr. 560 (LJL)

Dear Judge Liman,

    I write jointly on behalf of Gramos Muhaxheri, who I represent in the above-referenced matter, and Vincens Vuktilaj, who is represented by Marisa Cabrera, Esq. of the Federal Defenders.  Your Honor is currently scheduled to sentence Gramos Muhaxheri and Vincens Vuktilaj on February 1, 2024.  I write on behalf of both defendants to respectfully ask the Court to adjourn their sentencing for approximately three weeks to any day between February 21st and February 26th.  The government consents to this request.  There have been no previous requests for an adjournment.

    I continue to gather letters on behalf of Mr. Muhaxheri to include with his sentencing submission, some of which require translation from Albanian to English.  In addition, it is my understanding that the government intends to introduce video surveillance evidence at the defendants' sentencing.  An adjournment will provide the defense with an opportunity to obtain and review the videos with the defendants prior to filing their sentencing submissions.  Moreover, the defense is still awaiting the final PSR report.

    For these reasons, we respectfully request an adjournment to any day between February 21st and February 26th, and a corresponding adjustment of the due date for sentencing submissions.  As noted, the government consents to the adjournment.  Thank you for your consideration.

Respectfully submitted,

[signature]

Steven E. Lynch
*Attorney for Gramos Muhaxheri*

Cc:     All counsel of record (by ECF)